**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                  Telephone 212-349-0230

**By ECF**

|  |  |
|---|---|
|  | USDC SDNY |
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #:_____ |
|  | DATE FILED: 5/8/2024 |

May 7, 2024

# MEMORANDUM ENDORSED

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    **U.S. v. Rachine Geter**
               15 Cr. 454 (GHW)

Dear Judge Woods:

    This letter is respectfully submitted to request that I be reappointed to represent Mr. Geter on the pending VOSR as of May 7, 2024.

                           Respectfully submitted,

                           _Andrew Patel_
                           Andrew G. Patel

Application granted. Mr. Patel is appointed to represent Mr. Geter on the pending VOSR in this matter, effective as of May 7, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 177.

SO ORDERED.
Dated: May 8, 2024
New York, New York

                           _____
                           GREGORY H. WOODS
                           United States District Judge