```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :
              -against-                      :
                                             :
RACHINE GETER,                               :      1:15-cr-454-GHW-2
                                             :
                        Defendant.           :              ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024

GREGORY H. WOODS, United States District Judge:

A violation of supervised release hearing in this matter will take place on August 22, 2024 at 11:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Geter and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 15, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge