**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                           Telephone 212-349-0230

By ECF and Email

August 20, 2024

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/20/2024

## MEMORANDUM ENDORSED

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

> Application granted. The August 22, 2024 conference is adjourned sine die. The Court requests that the parties provide the Court a status letter no later than October 15, 2024 to establish a new date for the conference. The Court also requests that the parties present to the Court a form of proposed order for any relief requested by either party. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 186.
> SO ORDERED.
> Dated: August 20, 2024
>
> /s/ Gregory H. Woods
> GREGORY H. WOODS
> United States District Judge

Re:   U.S. v. Rachine Geter
      S2 15 Cr. 454 (GHW)

Dear Judge Woods:

   This letter is respectfully submitted to request an adjournment of the conference in this matter which is currently scheduled for Thursday, August 22, 2024. I will be submitting an application under Seal to explain the reason for this adjournment.

   I am requesting an adjournment to a date in early October that is convenient for the Court. I have spoken with Assistant United States Attorney Adam Margulies and United States Probation Officer Hildery Huffman who both consent to this request.

                                   Respectfully submitted,

                                   /s/Andrew Patel
                                   Andrew Patel

cc:   Adam Margulies
      Assistant United States Attorney (by email)

      Hildery Huffman
      United States Probation Officer (by email)