```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,               :
                                        :
            -against-                   :
                                        :
RACHINE GETER,                          :        1:15-cr-454-GHW-2
                                        :
                    Defendant.          :        ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024

GREGORY H. WOODS, United States District Judge:

A change of counsel hearing in this matter will take place on September 20, 2024 at 2:00 p.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Geter and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate Dkt. No. 189.

SO ORDERED.

Dated: September 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge