```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
              -against-                      :
                                             :
RACHINE GETER,                               :       1:15-cr-454-GHW-2
                                             :
                     Defendant.              :       ORDER
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Court has received the letter from Mr. Geter dated October 29, 2024.  In it, Mr. Geter asks whether the Court knows his release date.  The Court cannot respond to this question.  First, the Court does not generally respond to requests for information.  Second, the Bureau of Prisons, not the Court, is responsible for the calculation of time served.  *See United States v. Wilson*, 503 U.S. 329, 335, 112 S. Ct. 1351, 1355, 117 L. Ed. 2d 593 (1992) ("After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence.").

In his letter, Mr. Geter states that he is "considering whether I should appeal my sentence or not."  The Court does not construe that as a request to leave to file an appeal because Mr. Geter expressly states that he is only considering the possibility.  However, the Court reminds Mr. Geter that, as stated on the record during his sentencing, any notice of appeal must be filed within 14 days of the judgment of conviction.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

(USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/8/2024)

The Clerk of Court is directed to mail a copy of this order to Mr. Geter.

SO ORDERED.

Dated: November 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge