```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                -against-                  :
                                           :
    RACHINE GETER,                         :        1:15-cr-454-GHW-2
                                           :
                        Defendant.         :           ORDER
-------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the hearing held on December 27, 2024, Peter Quijano, Esq. is granted leave to withdraw as counsel for Mr. Geter in this case. The Court appointed Donald duBoulay as counsel for Mr. Geter pursuant to the Criminal Justice Act. Mr. duBoulay is directed to enter a notice of appearance in this case.

    The Clerk of Court is directed to terminate Mr. Quijano from the list of active counsel in this case.

    SO ORDERED.

Dated: December 27, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge