| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>  UNITED STATES OF AMERICA,<br><br>                -against-<br><br>  RACHINE GETER,<br><br>                Defendant.<br>-------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/4/2025<br><br>1:15-cr-454-GHW-2<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On February 4, 2025, the Court held a hearing regarding an alleged violation of supervised release by the defendant, Rachine Geter. The Court sentenced the defendant principally to time served.

SO ORDERED.

Dated: February 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge