```
USC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,          :
                 :
         -v-               :        1:15-cr-454-GHW-2
                 :
RACHINE GETER,                        :             <u>ORDER</u>
                 :
             Defendant.   :
                 :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

         A violation of supervised release proceeding will take place in this case in on April 17, 2025 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

         SO ORDERED.

Dated: April 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge