## MEMORANDUM ENDORSED

**Donald D. duBoulay**       305 Broadway, Suite 602
 Attorney at Law      New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

July 1, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Rachine Geter
        15 Cr. 454 (GHW)

Dear Judge Woods:

    I write to respectfully request that the letter submission dated June 23, 2025, sent to the Court by my client, Rachine Geter be filed under seal. The submission was made without the advice or knowledge of this counsel.

    Should the court, however decide to publish the letter, I respectfully request that the references to the underage children on pages 2,3, and 4 be redacted out, and the reference to Mr. Geter's defense strategy in his pending state case on page 8 also be redacted.

                            Respectfully submitted,
                                  /s/

                            Donald D. duBoulay

cc: file

---

Application granted in part. This letter does not provide sufficient justification to overcome the presumption of public access to full text of the letter mailed to the Court by the defendant. However, because the weight of the presumption is low with respect to information disclosing the identity of the minors and information regarding the defendant's legal strategy, and because there are substantial countervailing interests in safeguarding that information, the request to seal information contained in the letter disclosing the identity of minors and the defendant's legal strategy is granted.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 215.
SO ORDERED.
Dated: July 2, 2025

                        _____
                        GREGORY H. WOODS
                       United States District Judge